No. 515. EX PARTE AXTMAYER, APPELLANT. THE PEOPLE, RESPONDENT.—*Habeas corpus* proceedings. Notice of appeal to the Supreme Court of the United States from the judgment rendered by this court on April 22, 1913, *ante* p. 378. Decided May 2, 1913. Appeal denied based on section 35 of the Foraker Act, section 244 of the Judicial Code of the United States and the decision of this court in Case No. 416, *The People* v. *Burgos,* 18 P. R. R., 1052. *Mr. E. B. Wilcox* for appellant. *Mr. Charles E. Foote, fiscal,* for The People.

---

No. 387. EX PARTE LEOPOLDO TORMES GARCÍA.—Petition for approval of notarial surety bond No. 3200 executed by the National Surety Company on May 5, 1913. Decided May 5, 1913. Bond approved. The petitioner appeared *pro se.*

---

No. 335. EX PARTE ERNESTO DÍAZ ARANA.—Petition for approval of notarial surety bond No. 2266 executed by the National Surety Company on March 26, 1913. Decided May 8, 1913. Bond approved. The petitioner appeared *pro se.*

---

No. 390. EX PARTE RAFAEL R. RIVERA.—Petition for approval of notarial surety bond No. 2305 executed by the National Surety Company on May 8, 1913. Decided May 9, 1913. Bond approved. The petitioner appeared *pro se.*

---

No. 609. THE PEOPLE v. ROIG ET AL.—Appeal from the District Court of Arecibo. Motion of appellants to withdraw appeal. Decided May 19, 1913. Appeal dismissed on motion of appellants. *Mr. Herminio Díaz* for appellants. *Mr. Charles E. Foote, fiscal,* for The People.